476 A.2d 103

Commonwealth v. Johnson, Appellant.
Petition for Allowance of Appeal
Denied Oct. 23, 1984.

622

■■■

■■■ Submitted September 30, 1983. John H. Corbett, Jr., Public Defender, for appellant; Dara A. DeCourcy, Assistant District Attorney, for Commonwealth, appellee.

Before WICKERSHAM, ROWLEY and POPOVICH, JJ.

Judgment of sentence affirmed.